**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

KATHERINE THOMAS, individually, and    )
as the administrator of the estate of Christopher)
Jerome Thomas,                         )
                                    )
                 Plaintiff,          )
                                    )
v.                                   ) Civil Action No. 1:13cv920-WHA
                                    )
DARREN MOODY, in his individual capacity,)    (wo)
and CITY OF DOTHAN, ALABAMA,       )
                                    )
                 Defendants.       )

## <u>FINAL JUDGMENT</u>

In accordance with the Memorandum Opinion and Order entered in the case on this day,

Final Judgment is entered on the federal claim in Count I in favor of Defendant Darren

Moody and against the Plaintiff, Katherine Thomas.

The court declines to exercise jurisdiction over the state claims against the Defendants in

Counts II, III, and IV of the Amended Complaint and those claims are DISMISSED without

prejudice.

Costs are taxed against the Plaintiff.


DONE this 12th day of August, 2015.


                                         /s/ W. Harold Albritton
                                         W. HAROLD ALBRITTON
                                         SENIOR UNITED STATES DISTRICT JUDGE